# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X

PAUL REMBERT,

                        Petitioner,                        16 **CIVIL** 7490 (CS) (PED)

        -against-                                        **JUDGMENT**

ANTHONY J. ANNUCCI, Acting Commissioner, New York
Department of Corrections and Community Supervision,

                        Respondent.

------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memo-Endorsed Order dated December 1, 2020, no objections to the Report and Recommendation (the "R&R") have been received, and the Court therefore reviewed it for clear error. Finding no error, clear or otherwise, the R&R is adopted as the decision of the Court. The petition is denied in its entirety. As Petitioner has not made a substantial showing of the denial of a constitutional right and reasonable jurists would not find that conclusion debatable, no certificate of appealability will issue; accordingly, the case is closed.

**DATED:** New York, New York
              December 1, 2020

                                                              **RUBY J. KRAJICK**

                                                               _____
                                                                      Clerk of Court

                                  **BY:**
                                                                        _____
                                                                        Deputy Clerk